**No. 66890.**—Air Express Int'l Agency, Inc., et al. *v.* United States, protests 60/19043, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of artificial teeth similar in all material respects to those the subject of *Air Express Int'l Agency, Inc., et al.* v. *United States* (46 Cust. Ct. 163, C.D. 2251), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JULY 10, 1962

**No. 66891.**—American Import Co. and Wheeler & Miller et al. *v.* United States, protests 59/23330, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

**No. 66892.**—Quality Marble & Granite Co. et al. *v.* United States, protests 59/22232, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling the same as those the subject of Abstract 65376, the claim of the plaintiffs was sustained.